UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD DELONEY,<br><br>                          Plaintiff,<br><br>v.<br><br>GIANNA VERNESS, et al..<br><br>                        Defendants. | Case No. 3:24-CV-00577-ART-CLB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

In December 2024, Plaintiff Donald Deloney, a pretrial detainee in the custody of the Washoe County Detention Center, filed this civil rights lawsuit. (ECF No. 1-1.) The Court ordered Deloney to either pay the filing fee or submit an application to proceed *in forma pauperis*. (ECF No. 3.) The Court warned Deloney that failure to do so may result in dismissal of this case without prejudice. Deloney failed to pay the filing fee or apply to proceed *in forma pauperis* and has not filed any other documents in this case. Magistrate Judge Carla Baldwin issued a report and recommendation recommending that this action be dismissed without prejudice. (ECF No. 4.)

Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff has not filed an objection to Judge Baldwin's report and recommendation and his time to do so has now expired.

1

**Conclusion**

The Court therefore orders that Judge Baldwin's report and recommendation (ECF No. 4) is adopted in full.

Accordingly, the Court dismisses this case without prejudice.

The Clerk of the Court is directed to enter judgment accordingly and close the case.

DATED: February 13, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2